FILED

2011 JUL 27 PM 2:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 3:10-cr-273-20JRK

MICKEY WAYNE BRAZZELL

_____/

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate James R. Klindt (Doc. # 48) filed July 19, 2011, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Count Two of the Indictment, and the Defendant is adjudged guilty of such offenses. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

**SENTENCING** is hereby scheduled for **Wednesday, October 19, 2011, at 11:00 a.m.**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN TEN (10) DAYS PRIOR TO THE DATE FOR SENTENCING.

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of July, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:   Rodney Brown, Esq.
           Jonathan Sacks, Esq.
           U.S. Marshal
           U.S. Probation