# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:10-cr-273-J-20JRK

MICKEY WAYNE BRAZZELL

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Final Judgment of Forfeiture (Doc. 56) filed November 16, 2011, for an eMachine brand computer, model W3619, serial number GCJ7410004318, with a Seagate brand hard drive, serial number 5LSBQ2H6.

WHEREAS, on September 13, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 51), forfeiting to the United States of America all right, title, and interest of defendant Mickey Wayne Brazzell in the computer equipment listed above; and

WHEREAS, in accordance with the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253(b), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from September 15, 2011 to October 14, 2011. (Doc. 55). The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Jacksonville Division, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202, a petition to adjudicate their interest within sixty (60) days of the first date of

publication; and

WHEREAS, no persons or entities, other than the defendant Mickey Wayne Brazzell, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture (Doc. 51), are known to have an interest in the computer equipment. To date, no third party, has filed a Petition to Adjudicate Interest in the computer equipment and the time for filing such Petition has expired. It is hereby

**ORDERED** and **ADJUDGED** that the Court finds that the computer equipment is the property of defendant Mickey Wayne Brazzell. Accordingly, it is further

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 56) is **GRANTED** and that all right, title and interest in the eMachine brand computer, model W3619, serial number GCJ7410004318, with a Seagate brand hard drive, serial number 5LSBQ2H6, is **CONDEMNED** and **FORFEITED** to the United States of America, pursuant to the provisions of Federal Rule Criminal Procedure 32.2(c)(2) and 18 U.S.C. § 2253(a), for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this _____ day of _____, 2011.

HARVEY E. SCHLESINGER
United States District Judge

c: Counsel of Record